IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                                    CASE NO: 3:99CR77-001/LAC

TYRELL L. PLAIR,
    Defendant.
_____/

### ORDER DENYING WRIT OF MANDAMUS

Petitioner seeks a writ of mandamus ordering the United States of America to file a motion attesting to his substantial assistance in the investigation and prosecution of persons involved in drug activity. The Court determines that the decision to file a Rule 35 motion on behalf of the petitioner is a discretionary act on the part of the United States Attorney. As the Court can not compel such action, the Motion for a Writ of Mandamus is DENIED.

Petitioner claims that the Government has acted in bad faith by failing to agree with him that the assistance rendered by him was substantial. Such a bare claim does not meet the "substantial showing " of unconstitutional motive required under Wade v. United States, 504 U.S. 181 (1993). The decision to file a 5K1.1 or Rule 35 motion is a matter of prosecutorial discretion. United States v. Forney, 9 F.3d 1492,1501 (11th Cir. 1993). The petitioner acknowledged this in his plea agreement agreeing that this discretion was specifically reserved to the Government. A writ of mandamus cannot compel a discretionary action. Einhorn v. DeWitt, 618 F.2d 347 (5th Cir. 1980).

**DONE** this 2nd day of May 2005.

                                                                            s/*L.A. Collier*
                                                                            LACEY A. COLLIER
                                                                            Senior United States District Judge