✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Tyrone Plair ) | Case No: 3:99cr77/LAC |
| ) | USM No: 11232-017 |
| Date of Previous Judgment: 22 June 2004 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 35            Amended Offense Level: 34
Criminal History Category: VI         Criminal History Category: VI
Previous Guideline Range: 292 to 365 months   Amended Guideline Range: 262 to 327 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☒ Other (explain): No matter what the guideline range would be with a reduction, if any, to the base offense level, life imprisonment is still the mandatory sentence required by statute. Based upon the Government's substantial assistance motion on behalf of the defendant, he was sentenced to 180 months, a sentence well below the mandatory minimum life. 180 months was and is the appropriate sentence given the facts and circumstances of this case.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated 22 June 2004 shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   13 August 2008                                   s/*L.A. Collier*
                                                               Judge's signature

Effective Date: _____                     Lacey A. Collier, Senior U.S. District Judge
            (if different from order date)                     Printed name and title